

**MARON & MARVEL, P.A.**

WAYNE A. MARVEL
Attorney At Law

Email Address:
wam@maronmarvel.com

1300 N. BROOM STREET
WILMINGTON, DELAWARE 19806
(302) 425-5177 | (302) 425-0180 *fax*

*Mailing Address:*
P.O. Box 288
Wilmington, Delaware 19899

May 9, 2006

Dorothy Blansfield
United States District Court
District of Delaware
840 N. King Street
Wilmington, DE 19801

    Re:    NuCar Consulting Inc. v. Arbogast Buick-Pontiac-GMC Truck, Inc.
            Case No. 06-284

Dear Ms. Blansfield:

    Pursuant to your phone conversation with my secretary, Tara, this morning, I am writing to notify the Court that the Civil Cover Sheet filed in the above-captioned matter erroneously indicates my client, Arbogast Buick-Pontiac-GMC Truck, Inc., is seeking a jury trial.

    On behalf of the defendant, please change the Court's record to reflect that my client is seeking a *non-jury trial*.

    Thank you for your attention to this matter. Should you have any questions or concerns, please do not hesitate to contact my office.

                        Respectfully,

                        MARON & MARVEL, P.A.

                        Wayne A. Marvel

WAM/tcd
cc:    Chad D. Cooper, Esq.
       Douglas A. Shachtman, Esq.