IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUCAR CONSULTING, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> ARBOGAST BUICK-PONTIAC-GMC TRUCK, INC., an Ohio corporation, <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 06-284 (GMS) ) ) ) ) ) ) ) |

## PLAINTIFF'S REPLY TO COUNTERCLAIM

Plaintiff, through its legal counsel, hereby replies to Defendant's counterclaim.

18. Admitted.

19. Denied as stated. NuCar offers loyalty and customer retention programs.

20. Denied as stated. Defendant approached Plaintiff. NuCar provides customer loyalty and retention programs.

21. Denied as stated. The feasibility agreement speaks for itself.

22. Admitted.

23. There were several components, including the ones mentioned.

24. The agreement speaks for itself.

25. The addendum speaks for itself.

26. Denied.

27. This averment states a legal conclusion, which does not require an answer. Denied as to any factual averments.

28. Denied.

29. Plaintiff incorporates by reference its response to paragraphs 18 through 28.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Plaintiff incorporates by reference its response to paragraphs 18 through 33.

35. Denied.

36. Denied.

### DEFENSES

1. Plaintiff's action is barred by the doctrine of estoppel.

2. Plaintiff waived the remedy which it seeks.

3. Plaintiff breached the contract prior to any alleged breach by Defendant.

**WHEREFORE** Plaintiff prays that Defendant's counterclaim be dismissed with prejudice and judgment entered on Plaintiff's complaint.

    /s/ Douglas A. Shachtman
DOUGLAS A. SHACHTMAN, I.D. No. 756
Douglas A. Shachtman & Associates
1200 Pennsylvania Avenue, Suite 302
Wilmington, DE 19806
(302) 655-1800
Douglas.Shachtman@Verizon.net
Attorney for Plaintiff

DATED: May 18, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NUCAR CONSULTING, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-284 (GMS) |
| v. | ) | |
| | ) | |
| ARBOGAST BUICK-PONTIAC-GMC | ) | |
| TRUCK, INC., an Ohio corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2006, I electronically filed Plaintiff's Reply to Counterclaim with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Wayne A. Marvel, Esq.
> Maron & Marvel, P.A.
> 1300 North Broom Street
> P.O. Box 288
> Wilmington, DE 19899-0288
> (302) 425-5177
> wmarvel@mm-w.com

/s/ Douglas A. Shachtman
DOUGLAS A. SHACHTMAN, I.D. No. 756
Douglas A. Shachtman & Associates
1200 Pennsylvania Avenue, Suite 302
Wilmington, DE 19806
(302) 655-1800
Douglas.Shachtman@Verizon.net
Attorney for Plaintiff

DATED: May 18, 2006

CertSrvc.wpd