**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NUCAR CONSULTING, INC., a Delaware corporation, )))) | |
| Plaintiff, )) | C.A. No. 06-284 (GMS) |
| v. )) | |
| ARBOGAST BUICK-PONTIAC-GMC TRUCK, INC., an Ohio corporation, )))) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

**1.    JURISDICTION AND SERVICE.**

The Court has jurisdiction. The parties are subject to the Court's jurisdiction. No parties remain to be served.

**2.    SUBSTANCE OF THE ACTION.**

**PLAINTIFF'S POSITION:** Defendant breached a marketing agreement.

**DEFENDANT'S POSITION:** The agreement at issue is illegal and void pursuant to Ohio Rev. Code § 4517.20 and all amounts paid by Defendant should be returned.

**3.    IDENTIFICATION OF ISSUES.**

**PLAINTIFF'S POSITION:** Did Defendant breach the agreement by failure to make payments.

**DEFENDANT'S POSITION:** Is the agreement at issue is illegal and void pursuant to Ohio Rev. Code § 4517.20; did Plaintiff know or should Plaintiff have known that the agreement was illegal; and should all amounts paid by Defendant be returned due to the illegality of the agreement.

**4.    NARROWING OF ISSUES.**

Once some discovery is done, both parties anticipate filing a motion for summary judgment.

5.     **RELIEF.**

      **PLAINTIFF'S POSITION:** Monetary damages of $193,958.10 together with interest and attorney's fees.

      **DEFENDANT'S POSITION:** Monetary damages of $9,041.66, together with interest and attorney's fees, and a declaration of the illegality of the agreement at issue.

6.     **AMENDMENT OF PLEADINGS?**

      None.

7.     **JOINDER OF PARTIES?**

      None

8.     **DISCOVERY.**

      Mandatory discovery, some additional documentary discovery and 30(b)(6) deposition(s).

9.     **ESTIMATED TRIAL LENGTH.**

      One to two days. Bifurcation is not needed.

10.     **JURY TRIAL?**

      No.

## 11.    SETTLEMENT.

No settlement discussions to date. Plaintiff is willing to mediate with Magistrate. Defendant prefers to defer a decision on mediation.

DOUGLAS A. SHACHTMAN & ASSOCIATES


_____

DOUGLAS A. SHACHTMAN (DE I.D. No. 756)
1200 Pennsylvania Avenue, Suite 302
Wilmington, DE 19806
(302) 655-1800
Attorney for Plaintiff


MARON & MARVEL, P.A.


/s/ Wayne A. Marvel_____
WAYNE A. MARVEL (DE I.D. No. 1073)
1201 Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19801
(302) 425-5177
Dated: July 5, 2006                          Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Wayne A. Marvel, Esquire, do hereby certify that on this 5th day of July, 2006, a copy of the foregoing Joint Status Report was electronically served upon all counsel of record.

**MARON & MARVEL, P.A.**

_/s/ Wayne A. Marvel_
Wayne A. Marvel (DE ID No. 1073)
1201 North Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899-0288
Telephone: (302) 425-5177
Facsimile: (302) 425-0180
_Attorney for Defendant_

{74007.00001 / W0058635}