IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NUCAR CONSULTING, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-284 (GMS) |
| v. | ) | |
| | ) | |
| ARBOGAST BUICK-PONTIAC-GMC | ) | |
| TRUCK, INC., an Ohio corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Douglas A. Shachtman, hereby certify that I caused one copy of **PLAINTIFFS'**

**INITIAL DISCLOSURES MADE PURSUANT TO RULE 26(a)** to be served by Lexis Nexis

and Fax on July 21, 2006, to the following person:

>Wayne A. Marvel, Esq.
>Maron & Marvel, P.A.
>1201 North Market Street
>Wilmington, DE 19899
>(302) 425-5177
>wmarvel@mm-w.com


    /s/ Douglas A. Shachtman
DOUGLAS A. SHACHTMAN
Douglas A. Shachtman & Associates
1200 Pennsylvania Avenue, Suite 302
Wilmington, Delaware 19806
(302) 655-1800
DATED: July 21, 2006   Attorney for Plaintiff

NtcServ0718.wpd