## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NUCAR CONSULTING, INC. | : | C. A. NO. 1:06-CV-00284 UNA |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ARBOGAST BUICK-PONTIAC- | : | |
| GMC TRUCK, INC., | : | |
| | : | |
| Defendant. | : | |

### MOTION AND ORDER FOR ADMISSION
### PRO HAC VICE OF CHARLES D. COOPER, II

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Charles D. Cooper, II of the law firm of Thompson Hine, LLP, 2000 Courthouse Plaza, N.E., P.O. Box 8801, Dayton, Ohio 45401-8801, to represent defendant Arbogast Buick-Pontiac-GMC Truck, Inc. in this matter.

**MARON & MARVEL, P.A.**

BY:  /S/ WAYNE A. MARVEL
Wayne A. Marvel (DE Bar ID #1073)
1201 North Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899-0288
(302) 425-5177
Attorney for Defendant
Arbogast Buick-Pontiac-GMC Truck, Inc.

Dated:   July 26, 2006

{99999.00936 / W0063318}ME1\5688205.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NUCAR CONSULTING, INC. | : | C. A. NO. 1:06-CV-00284 UNA |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ARBOGAST BUICK-PONTIAC- | : | |
| GMC TRUCK, INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2006    _____
                                                        United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUCAR CONSULTING, INC. : | C. A. NO. 1:06-CV-00284 UNA |
| : | |
| Plaintiff, : | |
| v. : | |
| : | |
| ARBOGAST BUICK-PONTIAC- : | |
| GMC TRUCK, INC., : | |
| : | |
| Defendant. : | |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 7/26/    , 2006         Signed: _____
                                      Charles D. Cooper, II
                                      Thompson Hine LLP
                                      2000 Courthouse Plaza, N.E.
                                      P.O. Box 8801
                                      Dayton, OH 45401-6909
                                      Telephone: (937) 443-6909
                                      Facsimile: (937) 443-6830

{74007.00001 / W0063320}

MEI\5687613.1

# The Supreme Court of Ohio

## CERTIFICATE

I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Attorney Registration Section of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Charles David Cooper II

was admitted to the practice of law in Ohio on November 13, 2001; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 12th day of July, 2006.

RICHARD A. DOVE
*Director, Attorney Services Division*

*Manager, Attorney Registration and CLE Section*

## **CERTIFICATE OF SERVICE**

    I, Wayne A. Marvel, Esquire, hereby certify that, on July 26, 2006, I caused a true and correct copy of the Pro Hac Vice of Charles D. Cooper, II on behalf of Defendant Arbogast Buick-Pontiac-GMC Truck, Inc. to be served upon counsel of record via electronic filing.

                                              /s/ Wayne A. Marvel
                                              Wayne A. Marvel (DE Bar Id No. 1073)