# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **NUCAR CONSULTING, INC.,** | : | **CASE NO. 1:06-cv-00284-GMS** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **INITIAL DISCLOSURES OF** |
| **ARBOGAST BUICK-PONTIAC-GMC** | : | **DEFENDANT, ARBOGAST BUICK-** |
| **TRUCK, INC.,** | : | **PONTIAC-GMC TRUCK, INC.** |
| | : | |
| Defendant. | : | |

## INITIAL DISCLOSURE STATEMENT OF DEFENDANT
## ARBOGAST BUICK-PONTIAC-GMC TRUCK, INC.

Pursuant to Fed. R. Civ. P. 26(a)(1), Defendant, Arbogast Buick-Pontiac-GMC Truck,

Inc. ("Arbogast"), serves the following initial disclosures:

A.    Persons with discoverable information:

　　1.    Dave Arbogast
　　　　3540 South County Road 25-A
　　　　Troy, Ohio 45373

　　　　Mr. Arbogast has information about the business relationship between Arbogast
　　　　and NuCar Consulting, Inc. ("NuCar").

　　2.    John Thompson
　　　　3540 South County Road 25-A
　　　　Troy, Ohio 45373

　　　　Mr. Thompson has information about the business relationship between Arbogast
　　　　and NuCar.

　　3.    Mose Wampler
　　　　3540 South County Road 25-A
　　　　Troy, Ohio 45373

　　　　Mr. Wampler has information about the business relationship between Arbogast
　　　　and NuCar.

4.      William Sickler
        3540 South County Road 25-A
        Troy, Ohio 45373

        Mr. Sickler has information about the business relationship between Arbogast and NuCar.

5.      Chandler Greene
        Suite 100
        313 N. DuPont Highway
        Odessa, Delaware 19730

        Mr. Greene has information about NuCar's promotional programs.

6.      Charles Howard, Esq.
        Ohio Automobile Dealers Association
        655 Metro Place South
        Suite 270
        Dublin, OH 43017

        Mr. Howard has information about the use of bird dog fees in Ohio automobile dealership promotions.

B.    Documents:

      The following documents are available for inspection and copying:

      1.      Agreement date March 30, 2004

      2.      Agreement dated April 14, 2005

      3.      Addendum to Agreement dated "24th day of October 13, 2005"

      4.      Correspondence between Arbogast and NuCar

      5.      Invoices from NuCar

      6.      Statements from NuCar

      7.      Promotional program documents from NuCar

C.    Computation of Damages:

      Arbogast is seeking the return of all funds paid to NuCar.

D.    Insurance

     Arbogast is unaware of applicable insurance coverage.

               Respectfully submitted,

               MARON & MARVEL, P.A.

               /s/ Wayne A. Marvel
               Wayne A. Marvel (DE Bar ID #1073)
               1201 North Broom Street
               P.O. Box 288
               Wilmington, DE 19899-0288
               (302) 425-5177

               Attorneys for Defendant,
               Arbogast Buick-Pontiac-GMC Truck, Inc.

OF COUNSEL:

Chad D. Cooper, Esquire
Thompson Hine LLP
2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio  45401-8801
Telephone:  (937) 443-6909
Facsimile:  (937) 443-6830

## <u>CERTIFICATE OF SERVICE</u>

I, Wayne A. Marvel, hereby certify that a copy of the foregoing Defendant Arbogast Buick-Pontiac-GMC Truck, Inc.'s Initial Disclosure Statement has been served upon all counsel of record via electronic filing on this 27th day of July, 2006.

MARON & MARVEL, P.A.

/s/ Wayne A. Marvel
 Wayne A. Marvel (DE Bar ID #1073)