IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUCAR CONSULTING, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-284-GMS |
| ARBOGAST BUICK-PONTIAC-GMC TRUCK, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this **24th** day of **August, 2006**.

IT IS ORDERED that the teleconference scheduled for September 26, 2006 at 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Friday, September 22, 2006 at 9:30 a.m. Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE