## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NUCAR CONSULTING, INC.                    :    C. A. NO. 1:06-CV-00284 UNA
                                          :
                        Plaintiff,        :
     v.                                   :
                                          :
ARBOGAST BUICK-PONTIAC-                   :
GMC TRUCK, INC.,                          :
                                          :
                        Defendant.        :

### NOTICE OF DEPOSITION OF CHANDLER GREENE
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 30, Defendant

Arbogast Buick-Pontiac-GMC Truck, Inc. will take the deposition of Chandler Greene at

the offices of Wayne A. Marvel, Esquire, Maron Marvel Bradley & Anderson, P.A., 1201

North Market Street, Suite 900, Wilmington, DE 19801, commencing at 9:00 a.m. on

Monday, October 16, 2006 and continuing from day to day thereafter, until the deposition

is complete.

{74007.00001 / W0081743}

MARON MARVEL BRADLEY
  & ANDERSON, P.A.
/s/ Wayne A. Marvel
Wayne A. Marvel (DE Bar Id No. 1073)
1201 North Market Street, Suite 900
Wilmington, DE  19801
(302) 425-5177
Attorney for Defendant
Arbogast Buick-Pontiac-GMC
Truck, Inc.

OF COUNSEL:

Chad D. Cooper, Esquire
Thompson Hine LLP
2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio  45401-8801
Telephone:  (937) 443-6909
Facsimile:  (937) 443-6830

Dated:  October 11, 2006

cc:    Corbett & Wilcox

{74007.00001 / W0081743}

## CERTIFICATE OF SERVICE

I, Wayne A. Marvel, Esquire, hereby certify that, on October 11, 2006, I caused a true and correct copy of the Notice of Deposition pursuant to Federal Rule of Civil Procedure 30 to be served upon all counsel of record via electronic filing and facsimile.


/s/ Wayne A. Marvel
Wayne A. Marvel (DE Bar Id No. 1073)