**UNITED STATES DISTRICT COURT**

**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **GREGORY M. SLEET**<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>844 KING STREET<br>LOCKBOX 19<br>WILMINGTON, DE 19801 | (302) 573-6470<br>(302) 573-6472 FAX |

December 20, 2006

TO:   Counsel

RE:   NuCar Consulting v. Arbogast Buick-Pontiac-GMC
      Civil Action No. 06-284 GMS

Dear Counsel:

On October 18, 2006, the court was advised that this case had settled and that counsel expected to file a stipulation of dismissal by early November.

Please submit a status report or a stipulation of dismissal, via electronic case filing, no later than January 5, 2007.

Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Judge Gregory M. Sleet