UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **NUCAR CONSULTING, INC.,** | : CASE NO. 1:06-cv-00284-GMS |
| Plaintiff, | : |
| v. | : |
| | : STIPULATION OF DISMISSAL |
| **ARBOGAST BUICK-PONTIAC-GMC TRUCK, INC.,** | : |
| Defendant. | : |

The parties, through their respective legal counsel, hereby stipulate and agree that all claims of the Complaint and Counterclaim in this action shall be and hereby are dismissed WITH PREJUDICE.

_____
Wayne A. Marvel, Esq. (DE #1073)
1300 North Broom Street
Wilmington, DE 19806
(302) 425-5177
Attorneys for Defendant,
Arbogast Buick-Pontiac-GMC Truck, Inc.

_____
Douglas A. Shachtman, Esq. (DE#756)
Douglas A. Shachtman & Associates
1200 Pennsylvania Avenue
Suite 302
Wilmington, Delaware 19806
(302) 655-1800
Attorney for Plaintiff,
NuCar Consulting, Inc.